|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON | |
| 9 | | |
| 10 | WENDY APODAC, | |
| 11 | Plaintiff, | CASE NO. 2:16-cv-01372 JRC |
| 12 | v. | ORDER ON UNOPPOSED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES |
| 13 | NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | |
| 14 | | |
| 15 | Defendant. | |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

WENDY APODAC,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,

    Defendant.

CASE NO. 2:16-cv-01372 JRC

ORDER ON UNOPPOSED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES

    This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 5; Consent to Proceed Before a United States Magistrate Judge, Dkt. 6). This matter is before the Court on plaintiff's Motion for Attorney Fees (*see* Dkt. 23). Defendant did not file a response or any objections to the motion (*see* Dkt.).

    Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), plaintiff's motion (*see* Dkt. 23), the attorney declaration and time and expense itemizations (Dkt. 23, Attachments 1, 3), and the relevant record, it is hereby ORDERED that EAJA attorney's fees of $3,769.48,

shall be awarded to plaintiff pursuant to the EAJA and consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at \*\*\*6-\*\*\*7 (2010).

The Acting Commissioner shall contact the Department of Treasury after the Order for EAJA fees is entered to determine if the EAJA fees are subject to any offset. If it is determined that plaintiff's EAJA fees are not subject to any offset allowed pursuant to the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Victoria B. Chhagan, Esq., based on plaintiff's assignment of these amounts to plaintiff's attorney (*see* Federal Court Retainer Agreement, Dkt. 23, Attachment 4, p. 1). If there is an offset, the remainder shall be made payable to plaintiff, based on the practice of the Department of the Treasury (*see*, *e.g.,* Case No. 2:15-cv-122, Dkt. 22, p. 4). Any check for EAJA fees shall be mailed to plaintiff's counsel, Victoria B. Chhagan, Esq., at Douglas Drachler McKee & Gilbrough, 1904 Third Avenue, Suite 1030, Seattle, WA 98101.

Dated this 2nd day of November, 2017.

J. Richard Creatura
United States Magistrate Judge